Samuel Strobl, defendant in error, v. J. J. Ingels, plaintiff in error. Gen. No. 31,118.

Action for breach of contract. Judgment for plaintiff on defendant's default. Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this

court for the first district at the October term, 1926. Reversed and remanded. Original opinion filed February 7, 1927. Supplemental opinion filed February 24, 1927.

George C. Geier, for plaintiff in error. Hermena B. Deiches and Kraft & Erskine, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.